1020

[No. 8983-1-II. Division Two. November 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRETT
WILLIAM CLAUSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85-1-00089-7, Thomas L. Lodge, J., entered
July 11, 1985. *Reversed* and *remanded* by unpublished
opinion per Reed, J., concurred in by Worswick, C.J., and
Alexander, J.

[No. 6456-5-III. Division Three. November 14, 1985.]

HARVEY WILLIS, ET AL, *Appellants,* v. FRANKLIN
COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 27532, Robert S. Day, J., entered
April 20, 1984. *Affirmed* by unpublished opinion per Green,
C.J., concurred in by Munson and Thompson, JJ.

[No. 6536-7-III. Division Three. November 14, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
B. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 84-1-00011-3, Charles W. Cone, J.,
entered May 14, 1984. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Thompson,
JJ.

[No. 6523-5-III. Division Three. November 14, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT
FELICIANO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 6338, Charles W. Cone, J., entered May 14,
1984. *Affirmed* by unpublished opinion per McInturff,
A.C.J., concurred in by Munson and Thompson, JJ.